DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JAMES E. LONG,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D22-1235

[September 30, 2022]

Appeal of order denying rule 3.850 from the Circuit Court for the Nineteenth Judicial Circuit, Okeechobee County; Michael J. McNicholas, Judge; L.T. Case No. 472016CF000332A.

James E. Long, Bristol, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GROSS, MAY and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***